UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR HORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01017-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 23). |

　　　　On January 16, 2024, the parties filed a joint stipulation, dismissing this action with prejudice. (ECF No. 23). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

　　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**January 17, 2024**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1